In the Matter of RALPH C. TOBIN et al., Constituting the Board of Trustees of the Seventh Regiment Armory Building in New York City, Respondents, against FIORELLO H. LAGUARDIA et al., Constituting the Board of Estimate of the City of New York, Appellants.

Argued May 22, 1940; decided June 11, 1940.

*William C. Chanler, Corporation Counsel (Seymour B. Quel* of counsel), for appellants.

*John F. O'Ryan* and *L. Laurence Liss* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.